# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

JOHN C ROBINSON

Debtor(s)

Case No. 1:22-bk-01109

Chapter 7

Honorable Carol A. Doyle

## NOTICE OF MOTION

To:   *Service list affixed*

**PLEASE TAKE NOTICE** that on July 14, 2022 at 10:00 AM, I will appear before the Honorable Carol A. Doyle, or any Judge sitting in that Judge's place, and present **DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the Motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**PATRICIA DAYNE BROWN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC

105 S Roselle Rd  
Suite 203  
Schaumburg, IL 60193  
+1 847-985-1100  
jdavidson@fightbills.com

## **CERTIFICATE OF SERVICE**

I, Joseph S. Davidson, certify that I caused a copy of this notice and motion to be served, via electronic case filing to Miriam R. Stein, Chapter 7 Trustee and via United States First Class Mail® to the attached service list on June 8, 2022 before the hour of 5:00 p.m. from the office located at 105 S Roselle Rd, Suite 203, Schaumburg, IL 60193.

*/s/ Joseph S. Davidson*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-01109<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun  8 15:14:07 CDT 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Advocate Health Care<br>3075 Highland Parkway<br>Downers Grove, IL 60515-5560 | Alden Des Plaines<br>4200 W. Peterson Ave<br>Suite 140<br>Chicago, IL 60646-6819 | (p)ALLIANCE COLLECTION AGENCIES   INC<br>ATTN CLIENT SERVICES DEPARTMENT<br>3916 S BUSINESS PARK AVE<br>MARSHFIELD WI 54449-9029 |
| Best Practices Inpatient Care<br>P.O. Box 268<br>Lake Zurich, IL 60047-0268 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Cook County Clerk's Office<br>118 N. Clark Street, Room 434<br>Chicago, IL 60602-1413 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Synchrony  Car Care<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | John C Robinson<br>47 N. 5th Avenue<br>Des Plaines, IL 60016-2301 | Joseph P Doyle<br>Law Office of Joseph P Doyle<br>105 S Roselle Road<br>Suite 203<br>Schaumburg, IL 60193-1631 |
| Miriam R. Stein<br>Gutnicki LLP<br>4711 Golf Road<br>Suite 200<br>Skokie, IL 60076-1236 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliance Collection Agencies<br>Attn: Bankruptcy<br>Po Box 1267<br>Marshfield, WI 54449 | PNC Bank<br>PO Box 3429<br>Pittsburgh, PA 15230 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:22-bk-01109 |
| JOHN C ROBINSON | Chapter 7 |
| | Honorable Carol A. Doyle |
| Debtor(s) | |

### **DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

**NOW COMES** JOHN C ROBINSON ("Debtor"), through undersigned counsel, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, requesting the Court enter an order reopening Debtor's Chapter 7 case to seek an Order of Civil Contempt against Alden–Des Plaines Rehabilitation and Health Care Center, Inc. ("Alden Des Plaines") for violation of the discharge injunction.  In support thereof, Debtor states as follows:

1.      On January 31, 2022, Debtor filed a voluntary petition for relief under Chapter 7, Title 11, United States Code.

2.      On May 3, 2022, an Order of Discharge under 11 U.S.C. § 727 was granted to Debtor.

3.      The trustee appointed in the case discovered no assets and filed a report so stating.

4.      The Court approved that report, discharged the trustee, and the case was closed on May 6, 2022.

5.      Notwithstanding Debtor's bankruptcy discharge, Alden Des Plaines continues to send statement(s) to Debtor—seeking to collect Debtor's pre-petition, discharged debt.

**WHEREFORE**, Debtor requests that the Court enter an order reopening his Chapter 7 case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 for the limited purpose of seeking

an order of civil contempt against Alden Des Plaines. for violating the discharge injunction; and granting such other relief as the Court deems just and proper.

DATED: June 8, 2022

Respectfully submitted,

**JOHN C ROBINSON**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 S Roselle Rd, Suite 203
Schaumburg, IL 60193
+1 847-985-1100
jdavidson@fightbills.com